# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 6:24-CR-00203-01** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **TERRY REBERT, SR.** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting absence of objections filed, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 84] is correct and adopts the findings and conclusions as its own.

Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant, Terry Rebert, Sr., is mentally competent to proceed to trial, and a competency hearing is not required, consistent with the findings in the REPORT AND RECOMMENDATION. [Doc. 84].

THUS DONE AND SIGNED in Chambers on this 23rd day of January 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE